1
2
3
4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| LEE FERRERO,<br><br>                     Plaintiff,<br><br>     v.<br><br>MACY'S WEST STORES, INC.,<br><br>                     Defendant. | NO: 13-CV-0386-TOR<br><br>ORDER OF DISMISAL WITH PREJUDICE |
|---|---|

      BEFORE THE COURT is the parties' Stipulation of Voluntary Dismissal with Prejudice Pursuant to FRCP 41(a) (ECF No. 11).  Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without costs or attorney's fees to any party.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**IT IS HEREBY ORDERED**:

Pursuant to the parties' Stipulation of Voluntary Dismissal with Prejudice Pursuant to FRCP 41(a) (ECF No. 11), all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party. All pending motions are **DENIED** as moot.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** March 21, 2014.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2